# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF FLORIDA
## PENSACOLA DIVISION

LUCIAN MORGAN, JR., and
MARY MORGAN,

    Plaintiffs,

vs.                                      CASE NO.:  3:05cv327/MCR/EMT

A.W. CHESTERTON, et al.

    Defendants.
_____/

## O R D E R

    This case was removed from the Circuit Court of the First Judicial Circuit in and for Escambia County, Florida, by five (5) of the sixty-six (66) named defendants in the action. Subsequently, twenty (20) defendants filed notices of consent to the removal. Plaintiff has filed a Motion to Remand this matter to state court pursuant to 23 U.S.C. § 1447(c). (Doc. 48). No response in opposition to the motion to remand is pending and the time for filing same has passed.[1] The matter is now brought before the court upon the Stipulation of Defendants Certainteed Corporation, Dana Corporation, General Electric Company, and Zurn Industries, Inc.'s Consent to Remand Case to State Court.[2] (Doc. 69). Therefore, upon review and consideration of the foregoing, it is

    **ORDERED** that Plaintiff's Motion to Remand (doc. 48) is GRANTED. This case is hereby REMANDED and all claims of Plaintiffs LUCIAN and MARY MORGAN shall proceed in Cause Number 2005-CA-1196 in the Circuit Court of the First Judicial Circuit, In and For Escambia County, Florida.

    **DONE and ORDERED** this 10th day of November, 2005.

                                            s/ *M. Casey Rodgers*
                                            **M. CASEY RODGERS**
                                            **UNITED STATES DISTRICT JUDGE**

---

[1] The docket reflects that Defendant Ingersol-Rand Company did file a response in opposition to Plaintiff's motion to remand, but later withdrew the response. (See doc. 58 & 62).

[2] These defendants are four (4) of the five (5) defendants who initially removed this case to this court.